JOSEPH S. McMURDY, as Overseer of the Poor of the Town of Delhi,

Appellant, v. HERMAN D. BOUTON, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.